# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBAC MATCHMAKER MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NBC Entertainment, a division of NBC West, LLC; Bravo Media LLC; Universal Television Networks; CNBC LLC; Telemundo Network Group LLC; NBC Sports Group, a division of NBCUniversal Media, LLC; NBC News Digital LLC; Oxygen Media LLC; and E! Entertainment LLC., <br><br> Defendants. | C.A. No. 13-430-SLR-SRF |

## STIPULATION TO STAY PENDING SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that all deadlines set forth in the above action are hereby stayed for thirty (30) days pending the filing of a stipulation of dismissal. If this case is not dismissed in thirty (30) days, the parties shall provide the Court with a report concerning the status of the matter.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (No. 0922) | Jack B. Blumenfeld (No. 1014) |
| Stephen B. Brauerman (No. 4952) | Rodger D. Smith II (No. 3778) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | rsmith@mnat.com |

| | |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| Marc A. Fenster<br>Brian D. Ledahl<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>bledahl@raklaw.com | Edward R. Reines<br>edward.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| Eric J. Carsten<br>CARSTEN LAW PC<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>(424) 273-4160<br>ecarsten@carstenlaw.com | W. Sutton Ansley<br>sutton.ansley@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1300 Eye Street NW, Suite 900<br>Washington, DC 20005-3314<br>Telephone: (202) 682-7018<br>Facsimile: (202) 857-0940 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: January 10, 2017

IT IS SO ORDERED this ___ day of _____, 2017.

_____
United States District Judge