# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBAC MATCHMAKER MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NBC Entertainment, a division of NBC West, LLC; Bravo Media LLC; Universal Television Networks; CNBC LLC; Telemundo Network Group LLC; NBC Sports Group, a division of NBCUniversal Media, LLC; NBC News Digital LLC; Oxygen Media LLC; and E! Entertainment LLC., <br><br> Defendants. | C.A. No. 13-430-SLR-SRF |

## REPORT AND STIPULATION TO CONTINUE STAY PENDING EXECUTION OF SETTLEMENT AGREEMENT

WHEREAS the stipulation of HBAC Matchmaker Media, Inc. ("HBAC") and NBC Entertainment, a division of NBC West, LLC; Bravo Media LLC; Universal Television Networks; CNBC LLC; Telemundo Network Group LLC; NBC Sports Group, a division of NBCUniversal Media, LLC; NBC News Digital LLC; Oxygen Media LLC; and E! Entertainment LLC. (collectively, "NBC") to stay pending settlement was entered by the Court on January 11, 2017, and provided that the parties would provide the Court with a report concerning the status of the matter if the action had not been dismissed within thirty (30) days; and

WHEREAS the parties are continuing to finalize the formal documentation of their settlement and respectfully request that the Court extend the stay for forty-five (45) days to enable them to finalize that documentation and file a stipulation of dismissal;

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between HBAC and NBC, subject to the approval of the Court, that the stay of all deadlines and scheduled events in C.A. No. 13-430 is hereby extended until March 27, 2017, pending the filing of a stipulation of dismissal. If this case is not dismissed by that date, the parties shall provide the Court with a further report concerning the status of the matter.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (No. 0922) | Jack B. Blumenfeld (No. 1014) |
| Stephen B. Brauerman (No. 4952) | Rodger D. Smith II (#3778) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | rsmith@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

*Of Counsel:*
Marc A. Fenster
Brian D. Ledahl
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
bledahl@raklaw.com

Eric J. Carsten
CARSTEN LAW PC
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(424) 273-4160
ecarsten@carstenlaw.com

*Of Counsel:*
Edward R. Reines
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

W. Sutton Ansley
sutton.ansley@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
Telephone: (202) 682-7018
Facsimile: (202) 857-0940

Dated: February 10, 2017

IT IS SO ORDERED this ___ day of _____, 2017.

_____
United States District Judge